EDWARD STRANG, ET AL., PLAINTIFFS-RESPONDENTS, v. SOUTH JERSEY BROADCASTING COMPANY, DEFENDANT-PETITIONER.

See same case below: 10 *N. J. Super.* 486.

*Messrs. Starr, Summerill & Davis* and *Mr. S. P. McCord, Jr.,* for the petitioner.

*Mr. Gene R. Mariano* for the respondents.

April 16, 1951.   Granted.

LILLIAN BAYUK, ET AL., PLAINTIFFS-PETITIONERS, v. ROBERT FELDMAN, DEFENDANT-RESPONDENT.

See same case below: 11 *N. J. Super.* 317.

*Miss Lillian Clawans* and *Mr. George R. Sommer* for the petitioners.

April 16, 1951.   Denied.